UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUISE ARMIJO,<br><br>             Plaintiff,<br><br>   v.<br><br>YAKIMA HMA, LLC, et al.,<br><br>             Defendants. | NO: 11-CV-3114-TOR<br><br>ORDER OF DISMISSAL |

   BEFORE THE COURT are a Stipulation of Dismissal as to Defendant Yakima HMA, LLC (ECF No. 44) and Plaintiff's Motion to Dismiss as to Defendant Health Management Associates, Inc. (ECF No. 45).  Pursuant to the parties' stipulation, the Court will dismiss Plaintiff's claims against Defendant Yakima HMA, LLC with prejudice and without costs or attorney's fees to either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiff's claims against Defendant Health Management Associates, Inc., are dismissed without prejudice and without costs or attorney's fees.  Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation of Dismissal (ECF No. 44), all claims and causes of action in this matter against Defendant Yakima HMA, LLC are **DISMISSED** with prejudice and without costs or fees to either party.

2. Plaintiff's Motion to Dismiss (ECF No. 45) is **GRANTED**.  Plaintiff's claims against Defendant Health Management Associates, Inc. are **DISMISSED** <u>without</u> prejudice and without costs or fees to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 5th day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2